**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUTH E. JOHNSON                                                                 PLAINTIFF

v.                                              NO. 3:12CV00127 JLH-HDY

SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

## ORDER

Ruth E. Johnson has moved to dismiss her appeal in this matter.  The motion is GRANTED.

Document #10.  This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE